DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HUTCHINGS

No. 384P00

Case below: 139 N.C. App. 184

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. LYONS

No. 238A94-3

Case below: Forsyth County Superior Court

Application by defendant for writ of habeas corpus denied 20 December 2000.

STATE v. MANNING

No. 439A00

Case below: 139 N.C. App. 454

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 20 December 2000. Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 20 December 2000.

STATE v. MAY

No. 467P00

Case below: 139 N.C. App. 835

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.